FRED STEINBRUCK, Respondent, v. MARY GAZZARA, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.